UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-00777

**Tenesia Williams,**
*Plaintiff,*
v.
**Baymark Health Services,**
*Defendant.*

# ORDER

The court has designated a magistrate judge to handle this case to the full extent authorized by 28 U.S.C. § 636(b). Defendant filed a motion to dismiss. Doc. 15. The magistrate judge filed a report recommending that the motion to dismiss be granted but that plaintiff be granted leave to amend her complaint. Doc. 19. Plaintiff filed an objection together with her First Amended Complaint. Doc. 20; Doc. 21. Plaintiff's objection contains no substantive objection to the magistrate judge's report. Doc. 20. Plaintiff only argues that her new complaint cures any pleading defects. *Id.*

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's First Amended Complaint shall be her operative pleading, and defendant shall have fourteen days to file its responsive pleading.

*So ordered by the court on November 9, 2026.*

J. Campbell Barker
United States District Judge